# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

THOMAS W. POWERS                                                                               PLAINTIFF

V.                                    NO: 3:06CV00201 GH/HDY

CRITTENDEN COUNTY
DETENTION FACILITY  *et al.*                                                            DEFENDANTS

## **ORDER**

On February 12, 2007, Plaintiff filed a motion to voluntarily dismiss his claims against Defendant Floyd R. Shrader (docket entry #22). Defendants have filed a response indicating that they do not object to the dismissal (docket entry #24). For good cause shown, the motion will be granted.

IT IS THEREFORE ORDERED THAT Plaintiff's motion to dismiss (docket entry #22) is GRANTED, his claims against Defendant Shrader are DISMISSED WITHOUT PREJUDICE, and Defendant Shrader's name is removed as a party Defendant.

DATED this 15th day of February, 2007.

*/s/ George Howard, Jr.*
UNITED STATES DISTRICT JUDGE