## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

THOMAS W. POWERS                                                                    PLAINTIFF

V.                                      3:06CV00201 WRW

CRITTENDEN COUNTY
DETENTION FACILITY  *et al.*                                                        DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 13th day of August, 2007.


                                                /s/Wm. R. Wilson, Jr.
                                      UNITED STATES DISTRICT JUDGE